# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-11-3158-R                    DATE: FEBRUARY 23, 2012

TITLE: HAROLD LUCIA -V- NOVARTIS PHARMACEUTICALS CORP
================================================================
PRESENT:

### HON. MANUEL L. REAL, JUDGE

William Horrell                              N/A
**Deputy Clerk**                          **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                  Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
                      PROSECUTION

THIS MATTER IS SET ON CALENDAR ON MARCH 12, 2012

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

 FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


    cc: counsel of record


MINUTES FORM II                                    Initials of Deputy Clerk __WH__
CIVIL - GEN                        D-M